UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| KYLA SHIPPING COMPANY LTD. and PIRAEUS BANK A.E.<br><br>        Plaintiffs,<br><br>vs.<br><br>SWISS RE INTERNATIONAL SE, UK BRANCH; ALLIANZ GLOBAL CORPORATE & SPECIALTY AG; ASSICURAZIONI GENERALI S.P.A. GLOBAL RISK; ARGENTA UNDERWRITING (NO. 3) LTD.; ROYAL & SUNALLIANCE INSURANCE PLC; GROUPAMA TRANSPORT; AXA CORPORATE SOLUTIONS ASSURANCE, Paris France; GARD MARINE & ENERGY LTD.; HDI-GERLING INDUSTRIE VERISCHERUNGS AG; NEW YORK MARINE & GENERAL INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY;<br><br>        Defendant. | Civil Action No. 09-Civ-9073 (HB)<br><br>**CERTIFICATE OF SERVICE** |

------------------------------------------------------X

I, DAVID Y. LOH, ESQ., hereby certify that true and correct copies of Defendants' **NOTICE OF REMOVAL** was served upon:

    Blank Rome, LLP
    Attorneys for Plaintiffs
    405 Lexington Avenue
    New York, NY 10174-0208
    Attention: John D. Kimball, Esq.

by regular mail by depositing a true copy to the addressee thereof in a securely sealed, properly addressed, fully postpaid, first-class mail wrapper in an official depository under the exclusive care and custody of the United States Post Office on October 29, 2009.

                                              */s/ David Y. Loh*
                                              DAVID Y. LOH, ESQ.