David Y. Loh
COZEN AND O'CONNOR
45 Broadway Atrium, Suite 1600
New York, NY 10005-3792
(212) 509-9400

Attorneys for Defendants
SWISS RE INTERNATIONAL SE, UK BRANCH, et al.
Our file: 264044

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
KYLA SHIPPING COMPANY LTD. and )
PIRAEUS BANK, A.E. )
) 09 Civ. 9073 (HB)
Plaintiff, )
)
-against- )
) **CONSENT ORDER**
SWISS RE INTERNATIONAL SE, UK ) **GRANTING REMAND**
BRANCH; ALLIANZ GLOBAL CORPORATE ) **TO NEW YORK**
& SPECIALTY AG; *et al.* ) **SUPREME COURT**
)
Defendants. )
---------------------------------------x

WHEREAS plaintiffs KYLA SHIPPING COMPANY LTD. and PIRAEUS BANK, A.E. filed suit in the Supreme Court of New York, County of New York under Index No. 2009/603261 on or about October 26, 2009 ("the State Court action");

WHEREAS defendants SWISS RE INTERNATIONAL SE, UK BRANCH; ALLIANCE GLOBAL CORPORATE & SPECIALTY AG; ASSICURAZIONI GENERALI S.P.A. GLOBAL RISK; ARGENTA UNDERWRITING (NO. 3) LTD.; ROYAL & SUNALLIANCE INSURANCE PLC; GROUPAMA TRANSPORT; AXA CORPORATE SOLUTIONS ASSURANCE, Paris France; GARD MARINE & ENERGY LTD.; HDI-GERLING INDUSTRIE VERISCHERUNGS AG; NEW YORK MARINE & GENERAL INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY; and NATIONAL UNION FIRE

INSURANCE COMPANY (hereinafter referred to collectively as "Interested Underwriters"), filed a Notice of Removal of the State Court action to the U.S. District Court for the Southern District of New York on October 29, 2009 on the basis of diversity jurisdiction pursuant to 28 U.S.C. Sec. 1332;

WHEREAS, Interested Underwriters filed an Answer to the Complaint on or about November 3, 2009;

WHEREAS, Interested Underwriters, having agreed that diversity jurisdiction pursuant to 28 U.S.C. Sec. 1332 does not exist when there are alien parties on both sides of the lawsuit, consent to remand of this matter to Supreme Court of the State of New York, County of New York;

NOW, THEREFORE, it is hereby

ORDERED, that the above captioned matter be remanded to the Supreme Court of the State of New York, County of New York; and it is further

ORDERED, that the Clerk of the Court is directed to close this matter forthwith; and it is further

ORDERED, that all parties will bear their own fees and costs in connection with this matter.

Dated: New York, New York
November 6, 2009

SO ORDERED:

_____
U. S. D. J.
Dated: 11/10/09

The undersigned attorneys for plaintiffs KYLA SHIPPING COMPANY LTD. and PIRAEUS BANK, A.E. and defendants SWISS RE INTERNATIONAL SE, UK BRANCH; ALLIANCE GLOBAL CORPORATE & SPECIALTY AG; ASSICURAZIONI GENERALI S.P.A. GLOBAL RISK; ARGENTA UNDERWRITING (NO. 3) LTD.; ROYAL & SUNALLIANCE INSURANCE PLC; GROUPAMA TRANSPORT; AXA CORPORATE SOLUTIONS ASSURANCE, Paris France; GARD MARINE & ENERGY LTD.; HDI-GERLING INDUSTRIE VERISCHERUNGS AG; NEW YORK MARINE & GENERAL INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY hereby consent to the entry of the foregoing Order.

BLANK ROME LLP
Attorneys for Plaintiffs
KYLA SHIPPING COMPANY LTD. and PIRAEUS BANK, A.E.

By: *John D. Kimball*

John D. Kimball
405 Lexington Avenue
New York, NY 10174-0208
Tel: (212) 885-5000
Fax: (917) 332-3730
Email: jkimball@blankrome.com

COZEN AND O'CONNOR
Attorneys for Defendants
SWISS RE INTERNATIONAL SE, UK BRANCH, et al.

By: *David Y. Loh*

David Y. Loh
45 Broadway, Suite 1600
New York, NY 10006
Tel: (212) 509-9400
Fax: (212) 509-9492
Email: dloh@cozen.com